IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOREHEI K. PIERCE, #58077 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv376-F |
| | ) | (WO) |
| ELEANOR BROOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 20, 2005, said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Respondents' motion to dismiss (Doc. # 11) is GRANTED; and

2. The instant application for habeas relief is DENIED and DISMISSED with prejudice.

Done this 18th day of October, 2005.

                                             /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE